UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X   IND. NO. S1 07 Cr. 1229 (JSR)
UNITED STATES OF AMERICA

    -against-              ORDER

KENROY GLADDEN,

        Defendant.
------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4-1-08

WHEREAS the trial in the above-captioned matter is scheduled to commence before this Court on April 21, 2008, and

WHEREAS counsel for said defendant requires the use of his cellular telephone during the course of these proceedings, and

UPON the application of said Murray Richman, Esq., counsel for said defendant to be permitted to retain possession of his cellular telephone during the course of this trial, it is hereby

ORDERED that the United States Marshals permit Murray Richman, Esq. to retain possession of his cellular telephone while inside the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, commencing April 21, 2008 until the trial in the above-captioned matter is completed.

SO ORDERED

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT COURT JUDGE
3/28/08