UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X  IND. NO. S1 07 Cr. 1229 (JSR)
UNITED STATES OF AMERICA

    -against-                **ORDER**

KENROY GLADDEN,

    Defendant.
————————————————————X

WHEREAS the above-captioned defendant is scheduled to commence trial before this Court on April 21, 2008, and

WHEREAS said defendant is presently in the custody of the Federal Bureau of Prisons and incarcerated at the Metropolitan Correctional Center (MCC) of New York, New York, with the assigned register number 70370-054 and

UPON the application of said defendant to be permitted to attend his trial in street clothing as opposed to a prison issued jump suit, it is hereby

ORDERED that the Federal Bureau of Prisons and the Metropolitan Correctional Center (MCC) of New York permit Kenroy Gladden to attend all court proceedings commencing April 21, 2008 in street clothing consisting of men's pants (black, blue, gray, brown, tan, white, green), men's shirts – button down or pull over (black, blue, gray, brown, tan, white, red, purple, green, yellow), men's suits (black, blue, gray, brown, tan) tie, socks, shoes – lace or slip-on (black, brown, beige or cordovan), until further order of this Court.

                SO ORDERED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-1-08

_____
HON. JED S. RAKOFF
UNITED STATES DISTRICT COURT JUDGE

3/28/08