```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    PRIOR FELONY INFORMATION
                                 :
KENROY GLADDEN,                  :    07 Cr. 1229 (JSR)
    a/k/a "Michael Richardson,"  :
    a/k/a "Smiley,"              :
                                 :
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - x
```

The United States Attorney charges:

1. On or about March 7, 2001, in New York Supreme Court, KENROY GLADDEN, a/k/a "Michael Richardson," a/k/a "Smiley," the defendant, was convicted upon a plea of guilty under the Criminal Law of the State of New York relating to narcotic drugs, namely, attempted criminal sale of a controlled substance in the third degree, a class C felony, for which he received a sentence of three years' to six years' imprisonment and a driver's license suspension of six months.

Accordingly, KENROY GLADDEN, a/k/a "Michael Richardson," a/k/a "Smiley," the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 812, 841(a), 841(b)(1), and 846.

(Title 21, United States Code, Section 851.)

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

KENROY GLADDEN
a/k/a "Michael Richardson,"
a/k/a "Smiley,"
Defendant.

PRIOR FELONY INFORMATION

07 Cr. 1229 (JSR)

(Title 21, United States Code, Section 851.)

MICHAEL J. GARCIA
United States Attorney.

2